## CHARLES W. CARROLL
### v.
## THOMAS B. HOLMES.

PRACTICE.—Briefs in type-writing are not in compliance with rule 22 of this court. The briefs so written are ordered stricken from the files and the judgment reversed, *pro forma,* under rule 27.

APPEAL from the Circuit Court of Marshall county; the Hon. S. S. PAGE, Judge, presiding. Opinion filed June 18, 1886.

Mr. F. S. POTTER, for appellant.

Messrs. BURNS & ONG, for appellee.

PER CURIAM. In this case the briefs of appellee and the reply brief of appellant are both written with "type-writers." Rule 22 of this court provides that printed briefs will be required in all cases. We can not recognize briefs in type-writing as being in compliance with the rule. In the present instance, some of the copies filed are legible, while others are quite illegible; and no doubt this latter would frequently be the case if a practice of this kind was permitted.

It is ordered that the briefs of appellee and the reply briefs of appellant be stricken from the files; and that the judgment be reversed, *pro forma,* under rule 27, for the want of briefs on the part of appellee, and that the cause be remanded for a new trial.

Reversed and remanded.